Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:23-mj-00669-BJ-1

| | |
|---|---|
| Case title: USA v. Vick | Date Filed: 09/15/2023 |
| Other court case number: 4:23CR54 Eastern District of Virginia/Newport News | Date Terminated: 09/15/2023 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

## Defendant (1)

**Terrance Leonard Vick**  
*TERMINATED: 09/15/2023*

represented by **John J Stickney-FPD**  
Federal Public Defender  
Northern District of Texas  
819 Taylor Street  
Room 9A10  
Fort Worth, TX 76102  
817-978-2753  
Fax: 817-978-2757  
Email: John_J_Stickney@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Federal Public Defender Appointment  
Bar Status: Admitted/In Good Standing

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**

21:841(a)(1),(b)(1)(A)(B)(C) Possession with intent to distribute controlled substance

**Disposition**

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Shawn Smith-DOJ**<br>US Attorney's Office<br>801 Cherry St<br>Burnett Plaza Suite 1700 Unit #4<br>Fort Worth, TX 76102-6882<br>817-252-5200<br>Fax: 817-252-5455<br>Email: shawn.smith2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 09/14/2023 | | | Arrest (Rule 5) of Terrance Leonard Vick. Case Number 4:23CR54 SS Indictment and warrant from Eastern District of Virginia/Newport News. (mcrd) (Entered: 09/15/2023) |
| 09/15/2023 | 1 | | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) as to Terrance Leonard Vick held on 9/15/2023. Date of Arrest: 9/14/2023 on warrant from the Eastern District of Virginia/Newport News; Deft executed financial affidavit; O/appointing FPD entered; Deft waives Rule 5(c) hearing; O/commitment to prosecuting district entered; deft remanded to custody and order removed to prosecuting district. Attorney Appearances: AUSA - Shawn Smith; Defense - John Stickney. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (USPO Honstein.) (mcrd) (Entered: 09/15/2023) |
| 09/15/2023 | 2 | ☐ | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Terrance Leonard Vick. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/15/2023) (mcrd) (Entered: 09/15/2023) |
| 09/15/2023 | 3 | ☐ | WAIVER of Rule 5(c) Hearings by Terrance Leonard Vick (mcrd) (Entered: 09/15/2023) |
| 09/15/2023 | 4 | ☐ | MOTION for Pretrial Detention filed by USA as to Terrance Leonard Vick (mcrd) (Entered: 09/15/2023) |
| 09/15/2023 | 5 | | ELECTRONIC ORDER As to Terrance Leonard Vick:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court |

| | | | | |
|---|---|---|---|---|
| | | | | date when both the prosecutor and defense counsel are present.<br><br>By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/15/2023) (mcrd) (Entered: 09/15/2023) |
| 09/15/2023 | [6](#) | ☐ | | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Terrance Leonard Vick. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of Virginia/Newport News. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/15/2023) (mcrd) (Entered: 09/15/2023) |
| 09/15/2023 | [7](#) | ☐ | | Notice FROM Texas Northern TO Eastern District of Virginia/Newport News of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Terrance Leonard Vick. Your case number is: 4:23CR54. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 09/15/2023) |

[View Selected]

or

[Download Selected]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § NO. 4:23-MJ-669 |
| | § |
| TERRANCE LEONARD VICK | § |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: September 15, 2023

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:23-MJ-669 |
| TERRANCE LEONARD VICK (01)<br>a/k/a "V" | |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☒ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

**3.** The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☒ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance
- ☒ After a continuance of _3_ days.

Respectfully Submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas Bar No. 24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Shawn.Smith2@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above pleading was on September 15, 2023 served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

SHAWN SMITH
Assistant United States Attorney

# United States District Court

NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | |
|---|---|
| UNITED STATES OF AMERICA § | WAIVER OF RULE 5(c) HEARINGS |
| § | (Excluding Probation Cases) |
| V. § | |
| § | |
| TERRANCE LEONARD VICK § | CASE NUMBER: 4:23-MJ-669 |

I, Terrance Leonard Vick, understand that in the Eastern District of Virginia/Newport News, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

( ✓ ) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY DETENTION HEARING BE

( ✓ ) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

(   ) held in this district.

_____
Defendant

_____
Defense Counsel

September 15, 2023

# UNITED STATES DISTRICT COURT

Northern District of Texas at Fort Worth

| UNITED STATES OF AMERICA<br>V.<br>TERRANCE LEONARD VICK | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>4:23CR54 | District of Arrest<br>4:23-MJ-669 | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify) ☐ Petition

charging a  21  U.S.C.  841(a)(1),(b)(1)(A)(B)(C)

**DISTRICT OF OFFENSE**
Eastern District of Virginia/Newport News

**DESCRIPTION OF CHARGES:**

Possession with intent to distribute controlled substance

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language: _____

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

September 15, 2023
Date                                      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |