# INITIAL APPEARANCE MINUTES:

Time set: 3:00 pm
Start Time: 3:18
End Time: 3:22

Split Time ( )

Date: 10/4/23
Presiding Judge: Robert J. Krash
Courtroom Deputy: B. Titus
Reporter: FTR Mag. Two
U.S. Attorney: Joe DiPadilla
Defense Counsel: _____
( ) Retained ( ) Court appointed ( ) AFPD
Interpreter: _____

Case Number: 4:23cr54
USA v. Terrance Leonard Vick

(x) Deft. Present (x) custody ( ) not in custody
(x) Initial Appearance (x) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
(x) Deft. advised of rights, charges and right to counsel
(X) Counsel desired ( ) Defendant to retain: _____
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(X) Financial Affidavit filed in open Court
(X) Court (X) Directed ( ) Denied appointment of counsel **FPD Conflict**
( ) _____, AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before
    _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of
    U.S. Marshal for removal to charging district
(X) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
(X) Detention Hearing scheduled for 10/6/23 at 2:00 before RJK.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $_____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U.S. Marshal
( ) Warrant returned executed and filed in open court
(X) Defendant is directed to appear on 10/12/23 at 1:30 for
    (X) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( ) Norfolk (X) Newport News
( ) _____
( ) _____

# CONDITIONS OF RELEASE

( ) The defendant shall submit to supervision by and report to the U.S. Probation Office.
( ) The defendant is directed to seek and maintain verifiable employment as directed by the Probation Office.
( ) The defendant is directed to surrender any passport to the Probation Office.
( ) The defendant is prohibited from obtaining any passport.
( ) Travel is restricted to:_____
      ( ) with travel between the two for purposes of court appearances and meetings with counsel by the most direct route.
( ) The defendant is directed to avoid all contact direct or indirectly with alleged victims, and/or potential witnesses and/or co-conspirators in the investigation or prosecution, ( ) including but not limited to any child under the age 18, unless in the company of an informed adult approved by the U.S. Probation, including _____
( ) The defendant is directed to maintain residence at:_____
( ) _____ is directed to serve as third-party custodian.
( ) The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
( ) The defendant is directed to refrain from excessive use of alcohol.
( ) The defendant is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
( ) The defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ) The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
( ) The defendant shall participate in an evaluation to assess the presence, nature and severity of a substance abuse problem, and submit to treatment if deemed necessary by the treatment provider and U.S. Probation Office.
( ) The defendant is directed to submit to electronic monitoring (with/without) GPS, ( ) Curfew ( ) Home Detention ( ) Home Incarceration (with/without) time outs as directed by the U.S. Probation Office, at the expense of the defendant.
( ) The defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.
( ) The defendant shall report as soon as possible to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( ) The defendant must provide the Probation Officer access to any requested financial information and authorize the release of any financial information.
( ) The defendant shall notify current or future employers of charged offense ( ) and provide contact information for individual responsible for internet monitoring at place of employment.
( ) The defendant must not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.
( ) The defendant must not engage in any occupation that would require or enable access to the personal identity or financial information of others without the prior approval of the probation office.
( ) Adam Walsh Conditions.
( ) The defendant shall submit to mental health and/or sex offender evaluation and treatment as directed by the U.S. Probation Office.
( ) The defendant shall not use, have possession, or access any to computer or internet, bulletin board, or chat room.
( ) _____
( ) _____
( ) _____
( ) _____
( ) _____
( ) _____
( ) _____